UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| U.S. FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC., <br><br> Defendants. | Civil Action No. |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), plaintiff U.S. Foodservice, Inc., by and through its undersigned counsel, hereby certifies the following:

Plaintiff U.S. Foodservice, Inc., a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Columbia, Maryland, is a wholly owned subsidiary of Royal Ahold, N.V. Royal Ahold, N.V. owns 100 percent of the stock of U.S. Foodservice, Inc.

U.S. FOODSERVICE, INC.<br>
By its attorneys,<br><br>
<i>Alana Prills</i><br>
Laurence H. Reece, III<br>
BBO #414460<br>
Alana A. Prills<br>
BBO #652881<br>
Reece & Associates, P.C.<br>
One Bowdoin Square<br>
Boston, Massachusetts 02114<br>
(617) 747-7550

OF COUNSEL

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Dated: December 24, 2003.