# UNITED STATES DISTRICT COURT

District of  Massachusetts

U.S. Foodservice, Inc.,
Plaintiff,

V.

Arthur Tsebetzis, Steven Posin, John J. O'Hara,
Jeffery E. Gross and Agar Supply, Inc.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12603 RCL

TO: (Name and address of Defendant)

Arthur Tsebetzis
66 Bridge Street
Medfield, Massachusetts  02052

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alana A. Prills, Esquire
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts  02114
Telephone:  617-747-7550

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after servi
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken agai
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed w
the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  DEC 24 2003

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>December 30, 2003 |
| NAME OF SERVER<br>GERARD O'DONNELL JODREY | TITLE<br>Constable / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:~~
_____

Said service was made at: __**66 BRIDGE STREET, MEDFIELD**_____, MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
        Duly Authorized Agent for the within-named _____
        Said service was made at:
        _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 41.00 | $ 41.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __December 30, 2003__     _[signature] Gerard O'Donnell Jodrey_
              Date                         Signature of Server

                                    One Devonshire Place, Boston, Massachusetts
                                    Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  |  | $_____.00 |
| ALSO SERVED: |  |  | $_____.00 |
| VERIFIED COMPLAINT |  |  | $_____.00 |
| CIVIL ACTION COVER SHEET |  |  |  |
| FILING CATEGORY FORM |  |  | $_____.00 |
| PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |  |  | $_____.00 |
|  |  |  | $_____.00 |

**DUE & DILIGENT SEARCH:** $ _____.00    No service was made    TOTAL    $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| **Suvalle, Jodrey & Associates**<br>**Massachusetts Constables since 1925** | **One Devonshire Place**<br>**Boston, MA 02109** | Telephone # (617) 720-5733<br>Fax #      (617) 720-5737 |
|---|---|---|