# UNITED STATES DISTRICT COURT

District of Massachusetts

U.S. Foodservice, Inc.,
Plaintiff,

V.

Arthur Tsebetzis, Steven Posin, John J. O'Hara,
Jeffery E. Gross and Agar Supply, Inc.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12603 RCL

TO: (Name and address of Defendant)

Steven Posin
162 Millville Street
Salem, New Hampshire  03079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alana A. Prills, Esquire
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts  02114
Telephone:  617-747-7550

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: DEC 24 2003

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JANUARY 3rd 2004 @ 9:40 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert P Savoie | Licensed PI - NH. & MA. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Carla Posin (Wife)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 3rd 2004    Robert P Savoie
         Date                    Signature of Server

#7 Earl St. Salem N.H
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.