**REECE & ASSOCIATES, P.C.**

ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925
———
TELEPHONE (617) 747-7550
FACSIMILE (617) 747-7551
www.reece-law.com

FILED
IN CLERK'S OFFICE

2003 DEC 29  P 1: 40

U.S. DISTRICT COURT
DISTRICT OF MASS.

Alana A. Prills
prills@reece-law.com

December 29, 2003

**BY HAND**

Civil Clerk's Office
United States District Court
 for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
             U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

    Enclosed for filing in the above-referenced matter, please find the original verification of the Complaint. The Complaint was filed with the Court on Wednesday, December 24, 2003, with a faxed verification (page 29). Please substitute the enclosed original for the faxed verification.

    In addition, please re-issue summonses for the following defendants: Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross and Agar Supply, Inc. The summonses that were issued on December 24, 2003, the date the matter was filed, were stamped by this office with the incorrect case number.

    Thank you for your kind assistance.

                          Very truly yours,

                          Alana Prills

                          Alana A. Prills

Enclosure