## **VERIFICATION**

I, David Bailey, solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Date: _12/23/03_                              _David Bailey_
                                              David Bailey

FILED
IN CLERKS OFFICE
2004 DEC 29 P 1: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.