AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

U.S. Foodservice, Inc.,
Plaintiff,

V.

Arthur Tsebetzis, Steven Posin, John J. O'Hara,
Jeffery E. Gross and Agar Supply, Inc.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03  12603 RCL

TO: (Name and address of Defendant)

Jeffrey E. Gross
54 Outlook Road
Marshfield, Massachusetts  02050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alana A. Prills, Esquire
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts  02114
Telephone:  617-747-7550

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  DEC 24 2003

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE December 30, 2003 |
| NAME OF SERVER GERARD O'DONNELL JODREY | TITLE Constable / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left~~:
_____

Said service was made at: _____ **54 OUTLOOK ROAD, MARSHFIELD** _____, MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
         Duly Authorized Agent for the within-named _____
         Said service was made at:
_____, MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $  51.00 | $  51.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ December 30, 2003 _____          *[signature]*
                   Date                               Signature of Server

                                              One Devonshire Place, Boston, Massachusetts
                                              Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                                              FEE
ALSO SERVED:                                                                         $_____.00

VERIFIED COMPLAINT;                                                                  $_____.00
CIVIL ACTION COVER SHEET;                                                            $_____.00
FILING CATEGORY FORM; AND
PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT                                           $_____.00

                                                                                     $_____.00

                                                                                     $_____.00

**DUE & DILIGENT SEARCH**:  $_____.00    No service was made              TOTAL    $_____.00
because when constable arrived at said address he discovered said address to be



(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA  02109             Fax #       (617) 720-5737