# UNITED STATES DISTRICT COURT

District of Massachusetts

U.S. Foodservice, Inc.,
Plaintiff,

V.

Arthur Tsebetzis, Steven Posin, John J. O'Hara,
Jeffery E. Gross and Agar Supply, Inc.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12603 RCL

TO: (Name and address of Defendant)

John J. O'Hara
18 Sunnybank Road
West Roxbury, Massachusetts   02132

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alana A. Prills, Esquire
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts   02114
Telephone:  617-747-7550

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              DEC 24 2003
CLERK                                                     DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** December 30, 2003 |
| **NAME OF SERVER** GERARD O'DONNELL JODREY | **TITLE** Constable / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left.~~

Said service was made at: **18 SUNNYBANK ROAD, WEST ROXBURY**, MASSACHUSETTS

☐ Other:   By handing true and attested copies thereof to _____
         Duly Authorized Agent for the within-named _____
         Said service was made at:
         _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 24.00 | $ 24.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____**December 30, 2003**____   _[signature]_
            Date                            Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date       Time       Remarks                                                FEE

                                                                             $_____.00

**ALSO SERVED:                                                               $_____.00

VERIFIED COMPLAINT                                                           $_____.00
CIVIL ACTION COVER SHEET
FILING CATEGORY FORM
PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT                                   $_____.00

                                                                             $_____.00

**DUE & DILIGENT SEARCH**:   $_____.00   No service was made       TOTAL  $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         One Devonshire Place        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  Boston, MA 02109            Fax #       (617) 720-5737