# UNITED STATES DISTRICT COURT

District of <u>Massachusetts</u>

U.S. Foodservice, Inc.,
Plaintiff,

V.

Arthur Tsebetzis, Steven Posin, John J. O'Hara,
Jeffery E. Gross and Agar Supply, Inc.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03 12603 RCL

TO: (Name and address of Defendant)

Agar Supply, Inc.
Myles Standish Industrial Park
225 John Hancock Road
Taunton, Massachusetts 02780

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alana A. Prills, Esquire
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts 02114
Telephone: 617-747-7550

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE DEC 2 4 2003

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE |
|---|---|
| | December 30, 2003 |
| **NAME OF SERVER** GERARD O'DONNELL JODREY | **TITLE** Constable / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____
_____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to MR. JOSEPH MATARESSI, DIRECTOR OF SECURITY AND Duly Authorized Agent for the within-named _____ AGAR SUPPLY, INC. _____

Said service was made at:
_____ 225 JOHN HANCOCK ROAD, TAUNTON _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $ 51.00 | $ 51.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ December 30, 2003 _____
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.
Date    Time    Remarks
ALSO SERVED:                                                            FEE

VERIFIED COMPLAINT;                                                     $_____.00
CIVIL ACTION COVER SHEET;                                               $_____.00
FILING CATEGORY FORM; AND                                               $_____.00
PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT.
                                                                        $_____.00
                                                                        $_____.00

**DUE & DILIGENT SEARCH**: $_____.00    No service was made            $_____.00
because when constable arrived at said address he discovered said address to be    TOTAL $_____.00

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**      Telephone # (617) 720-5733
Massachusetts Constables since 1925        Boston, MA  02109            Fax #       (617) 720-5737