UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS, and AGAR SUPPLY, INC., <br><br> Defendants. | Civil Action No. 03-12603-RCL |

**PLAINTIFF'S MOTION FOR EXPEDITED HEARING AND BRIEFING**

Plaintiff U.S. Foodservice, Inc. ("USF") respectfully moves this Court to enter an order for expedited hearing and briefing on Plaintiff's Motion For Preliminary Injunction in the form attached hereto as Exhibit A. In support of this motion, Plaintiff states as follows:

1. On December 24, 2003, USF filed a Complaint seeking injunctive relief and damages against Defendants Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross (collectively the "Former Employee Defendants") and Agar Supply, Inc. ("Agar") for their collective violations of and tortious interference with non-solicitation and non-disclosure agreements and customer relationships.

2. USF files a Motion For Preliminary Injunction concurrently herewith requesting that this Court issue a preliminary injunction to prevent the irreparable harm

-2-

that will result unless the Former Employee Defendants and Agar are prevented from engaging in further illegal conduct.

3. Specifically, USF has reason to believe that it is on the verge of losing a long-time USF account, Kelly's Roast Beef, to Agar on or about February 1, 2004, as a result of the Former Employee Defendants' improper contact of customers and use of USF confidential information. *See* Bailey Aff., Ex. B to Motion for Preliminary Injunction; Contarino Aff., Ex. C to Motion for Preliminary Injunction.

4. As a result, USF respectfully requests this Court schedule a hearing on Plaintiff's Motion For Preliminary Injunction on or before January 30, 2004, so that this Court may fully consider and rule on plaintiff's motion on or before February 1, 2004.

5. Specifically, USF requests that this Court order Defendants to file and serve a brief in response, if any, to Plaintiff's Motion For Preliminary Injunction on or before January 20, 2004. USF further requests that this Court schedule a hearing on January 26, 2004, January 29, 2004, or January 30, 2004.

WHEREFORE, for the foregoing reasons, USF respectfully requests that the Court order that the briefing and hearing on Plaintiff's Motion For Preliminary Injunction will be on an expedited basis and will be completed no later than January 30, 2004.

### Rule 7.1 Certificate

Because this action was recently filed by plaintiff, no attorney has yet appeared for defendants and therefore the undersigned counsel for plaintiff has not consulted with counsel for defendants regarding this motion. However, the undersigned counsel for

plaintiff did speak with an employee of Bartlett Hackett Feinberg P.C., the law firm which has previously responded to U.S. Foodservice, Inc.'s correspondence relating to this dispute, to advise that U.S. Foodservice, Inc. is making this motion.

U.S. FOODSERVICE, INC.

By its attorneys,

*Alana Prills*

Laurence H. Reece, III
BBO# 414460
Alana A. Prills
BBO# 652881
REECE & ASSOCIATES, P.C.
One Bowdoin Square
Boston, Massachusetts 02114
(617) 747-7550


OF COUNSEL:

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
PAUL HASTINGS JANOFSKY & WALKER LLP
75 E. 55th Street
New York, New York 10022
(212) 318-6000

Dated: January 9, 2004

-4-

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a copy of this document to be served by Fedex upon Arthur Tsebetzis, 66 Bridge Street, Medfield, Massachusetts 02052, Steven Posin, 162 Millville Street, Salem, New Hampshire 03079, John J. O'Hara, 18 Sunnybank Road, West Roxbury, Massachusetts 02132, Jeffrey E. Gross, 54 Outlook Road, Marshfield, Massachusetts 02050, and Agar Supply, Inc., Myles Standish Industrial Park, 225 John Hancock Road, Taunton, Massachusetts 02780, and by U.S. mail, postage prepaid, upon Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 9 day of January 2004.

*Alana Prills*
Alana A. Prills