UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC.,<br><br>Defendants. | Civil Action No. 03-12603-RCL |

FILED
CLERK'S OFFICE

2004 JAN -6  P 1: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT # 52968
AMOUNT $ 150.00
BY DPTY CLK
DATE 1/9/04

## MOTION FOR PRO HAC VICE ADMISSION OF VICTORIA A. CUNDIFF, REBECCA KELDER MYERS AND DANIELLE M. WHITE

Pursuant to Local Rule 83.5.3(b), Alana A. Prills, a member in good standing of the bars of the United States District Court for the District of Massachusetts and the Commonwealth of Massachusetts, moves that this Court admit Victoria A. Cundiff, Rebecca Kelder Myers and Danielle M. White, attorneys at the law firm Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, and members in good standing of the bar of the State of New York, to practice pro hac vice in the above-referenced action.

In support of this motion, Ms. Prills states as follows:

1. I have previously appeared on behalf of plaintiff U.S. Foodservice, Inc. in connection with this action.

2. I am actively associated with, and will continue to be actively associated with, Ms. Cundiff, Ms. Myers and Ms. White throughout the pendency of this action.

3.  The affidavits of Ms. Cundiff, Ms. Myers and Ms. White are filed herewith in further support of this motion.

WHEREFORE, Ms. Prills, as counsel for plaintiff U.S. Foodservice, Inc., respectfully requests that this Court grant her motion to admit Ms. Cundiff, Ms. Myers and Ms. White to practice before this Court pro hac vice.

        U.S. FOODSERVICE, INC.

        By its attorneys,

        *Alana Prills*
        Laurence H. Reece, III
        BBO #414460
        Alana A. Prills
        BBO #652881
        Reece & Associates, P.C.
        One Bowdoin Square
        Boston, Massachusetts 02114
        (617) 747-7550

OF COUNSEL

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

Dated: January 6, 2004.

## Certificate of Service

      I hereby certify that I have caused a copy of this document to be served by U.S. mail, postage prepaid, upon Arthur Tsebetzis, 66 Bridge Street, Medfield, Massachusetts 02052, Steven Posin, 162 Millville Street, Salem, New Hampshire 03079, John J. O'Hara, 18 Sunnybank Road, West Roxbury, Massachusetts 02132, Jeffrey E. Gross, 54 Outlook Road, Marshfield, Massachusetts 02050, Agar Supply, Inc., Myles Standish Industrial Park, 225 John Hancock Road, Taunton, Massachusetts 02780, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 6 day of January 2004.

_Alana Prills_
Alana A. Prills