UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.,

    Plaintiff,

v.

ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC.,

    Defendants.

Civil Action No. 03-12603-RCL

**AFFIDAVIT OF VICTORIA A. CUNDIFF
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, VICTORIA A. CUNDIFF, hereby depose and state as follows:

1. I am an attorney duly admitted to the bar of the State of New York and am a member of the law firm of Paul, Hastings, Janofsky & Walker LLP. I submit this affidavit in support of the motion for an order granting me leave to appear pro hac vice in this action on behalf of plaintiff U.S. Foodservice, Inc.

2. I am a member in good standing of the bar and every jurisdiction to which I have been admitted to practice, specifically the following jurisdictions: (a) state court for the State of New York; (b) United States District Court for the Southern District of New York; (c) United States District Court for the Eastern District of New York; (d) United States District Court for the Northern District of New York; (e) United States Court of Appeals for the Second Circuit; (f) United States Court of Appeals for the Third Circuit; (g) United States Court of Appeals for the Eleventh Circuit; and (h) United States Supreme Court.

1

2

3.  There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction. I am not under suspension or disbarment in any jurisdiction.

4.  I have reviewed and familiarized myself with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I have represented the plaintiff in this matter and am familiar with the factual and procedural history of the case.

6.  The law firm of Reece & Associates, P.C. will continue to appear as local counsel for the plaintiff.

7.  Accordingly, I respectfully request that the Court grant me permission to appear pro hac vice as attorney for the plaintiff in this action.

Signed under the penalties of perjury on this 5th day of January 2004.

*Victoria A. Cundiff*
Victoria A. Cundiff

## Certificate of Service

I hereby certify that I have caused a copy of this document to be served by U.S. mail, postage prepaid, upon Arthur Tsebetzis, 66 Bridge Street, Medfield, Massachusetts 02052, Steven Posin, 162 Millville Street, Salem, New Hampshire 03079, John J. O'Hara, 18 Sunnybank Road, West Roxbury, Massachusetts 02132, Jeffrey E. Gross, 54 Outlook Road, Marshfield, Massachusetts 02050, Agar Supply, Inc., Myles Standish Industrial Park, 225 John Hancock Road, Taunton, Massachusetts 02780, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 6 day of January 2004.

*Alana Prills*
Alana A. Prills