# REECE & ASSOCIATES, P.C.

ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 747-7550
FACSIMILE (617) 747-7551
www.reece-law.com

Laurence H. Reece, III
reece@reece-law.com

January 13, 2004

**BY MESSENGER**

Civil Clerk's Office
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

     Re:    U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
              U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

     Enclosed herewith please find for filing in the above-referenced case a proposed Modified Order on Plaintiff's Motion For Preliminary Injunction. This document should be substituted for the proposed order previously filed by plaintiff on January 9, 2004.

     Plaintiff U.S. Foodservice, Inc. ("USF") submits this Modified Order to revise its prayer for relief to prevent any disruption or inconvenience to customers who have moved or committed to move their business to Agar before plaintiff filed its Motion for Preliminary Injunction.

     Plaintiff submits this Modified Order to make clear that it seeks preliminary injunctive relief against Agar to prohibit Agar from: (a) misusing USF's confidential information; (b) making false or misleading statements about USF or its employees; and (c) assigning former USF employees now or hereafter employed by Agar to duties that would violate such former USF employees' contractual and legal obligations to USF.

     While USF seeks to enforce its agreements with Defendants Arthur Tsebetzis, John J. O'Hara, and Jeffrey E. Gross and asks this Court to enjoin further violations of those agreements, plaintiff's revised prayer for relief does not seek to limit Agar from serving those customers, including Kelly's Roast Beef, that have moved or committed to move their business to Agar.

Civil Clerk's Office
January 13, 2004
Page 2

    USF does reserve all of its rights, however, to seek damages and an accounting against Agar for contacting, soliciting or serving those customers whose business was diverted to Agar by the wrongful conduct of Defendants Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross, whether before or after the date of the Court's Order.

    Thank you for your kind assistance.

                                      Very truly yours,

                                      Laurence H. Reece, III

Enclosure

cc:    Arthur Tsebetzis (w/enc.) (BY REGULAR MAIL)
       Steven Posin (w/enc.) (BY REGULAR MAIL)
       John J. O'Hara (w/enc.) (BY REGULAR MAIL)
       Jeffrey E. Gross (w/enc.) (BY REGULAR MAIL)
       Agar Supply, Inc. (w/enc.) (BY REGULAR MAIL)
       Victoria A. Cundiff, Esquire (w/enc.) (BY REGULAR MAIL)