UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S FOOD SERVICE, INC.<br>    Plaintiff,<br><br>v.<br><br>ARTHUR TSEBETZIS, STEVEN POSIN,<br>JOHN J. O'HARA, JEFFREY E. GROSS,<br>and AGAR SUPPLY, INC.,<br>    Defendants. | )<br>)<br>)  Civil Action No. 03-12603-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Agar Supply Co., Inc., defendant in the above captioned action.

AGAR SUPPLY CO., INC.
Respectfully submitted,
By their attorneys,

_____
Susan Grandis Brander, Esquire
BBO # 206870
Richard E. Gentilli, Esquire
BBO # 189080
Thomas M. Looney, Esquire
BBO # 555040
BARTLETT HACKETT FEINBERG P.C.
10 High Street- Suite 920
Boston, Massachusetts 02110
Telephone No.: (617) 422-0200
Facsimile No.: (617) 422-0383

DATED: January 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of this document to be served by facsimile and first class mail postage prepaid to attorney for defendants Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross, Jay Shepherd, Esquire, at Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, MA 02110, and upon counsel of record for Plaintiff U.S. Foodservice, Inc., Laurence H. Reece III, Esquire, at Reece & Associates P.C., One Bowdoin Square, Boston, MA 02114, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, 10022, on this 13th day of January, 2004.

*/s/ Susan Grandis Brander*
Susan Grandis Brander