## REECE & ASSOCIATES, P.C.

ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 747-7550
FACSIMILE (617) 747-7551
www.reece-law.com

Alana A. Prills
prills@reece-law.com

January 12, 2004

**BY MESSENGER**

Civil Clerk's Office
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
            U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

    Enclosed for filing in the above-referenced matter, please find Exhibit F to Plaintiff's Motion for Preliminary Injunction; i.e., Declaration of Reed Newton. Plaintiff's Motion for Preliminary Injunction was filed with the Court on January 9, 2004 without Exhibit F. Please attach the enclosed declaration as Exhibit F to plaintiff's motion.

    In addition, please note that the enclosed declaration contains a faxed signature. Upon receipt, I shall promptly file with the Court the original signature page.

    Thank you for your kind assistance.

                            Very truly yours,

                            Alana Prills

                            Alana A. Prills

Enclosure

Civil Clerk's Office
January 12, 2003
Page 2


cc:    Arthur Tsebetzis  (w/o enc.)  (BY REGULAR MAIL)
        Steven Posin  (w/o enc.)  (BY REGULAR MAIL)
        John J. O'Hara  (w/o enc.)  (BY REGULAR MAIL)
        Jeffrey E. Gross  (w/o enc.)  (BY REGULAR MAIL)
        Agar Supply, Inc.  (w/o enc.)  (BY REGULAR MAIL)
        Victoria A. Cundiff, Esquire  (w/o enc.)  (BY REGULAR MAIL)