

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.,

       Plaintiff,

    v.

                          Civil Action No. 03-12603-RCL

ARTHUR TSEBETZIS, STEVEN POSIN,
JOHN J. O'HARA, JEFFREY E. GROSS, and
AGAR SUPPLY, INC.,

       Defendants.

## DECLARATION OF REED NEWTON

REED NEWTON states:

1.     I am making the following statements based upon personal knowledge.

2.     I am a Territory Manager for U.S. Foodservice, Inc. ("USF").

3.     I am responsible for servicing the Hanscom Air Force Base ("**Hanscom AFB**")

national account in my current position as Territory Manager for USF. USF has served the

Hanscom AFB account since 1995. I have personally serviced the Hanscom AFB account on

USF's behalf since October, 2003.

4.     John O'Hara serviced the Hanscom AFB account while employed by USF, and is

familiar with the terms of the contract between USF and Hanscom AFB, including the preferred

product line and pricing.

NY55/336905.1

5.    When I called to introduce myself to the general manager in the San Antonio office, Hanscom AFB advised me that Mr. O'Hara has called to solicit business from the Hanscom AFB account on Agar's behalf.

6.    In addition, during a visit to Hanscom AFB on January 8, 2004, I personally saw O'Hara's business card on the chef's desk at the Bedford, Massachusetts location. During this same visit, Hanscom AFB told me that O'Hara had recently been showing him meat products.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this ___9th___ day of January, 2004 in Boston, Massachusetts.

_____
REED NEWTON