UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. Foodservice, Inc.,<br>*Plaintiff,*<br><br>v.<br><br>Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross, and Agar Supply, Inc.,<br>*Defendants.* | Civil Action No. 03-12603-RCL |

## Notice of Appearance

Please enter the appearances of Jay Shepherd and Lurleen Manning, both of Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, MA 02110-1248, as counsel in this matter for Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross, the individually named defendants in this case.

Respectfully submitted,

Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross,

By their attorneys,

Jay Shepherd (BBO# 567844)
Lurleen A. Manning (BBO# 655109)
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110-1248
Telephone: 617.439.4200
Facsimile: 617.439.42007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 1/14/04.

Dated: January 14, 2004