SCANNED
DATE: 1-15-04
BY: Kim

# REECE & ASSOCIATES, P.C.

ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 747-7550
FACSIMILE (617) 747-7551
www.reece-law.com

Alana A. Prills
prills@reece-law.com

January 14, 2004

**BY MESSENGER**

Civil Clerk's Office
United States District Court
 for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
             U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

      Enclosed for filing in the above-referenced matter, please find the original signed signature pages for the affidavits of David Bailey and Michael Contarino and the declarations of Jeff Schaefer and Debra Zielinski.

      The above-referenced affidavits and declarations were filed with the Court on Friday, January 9, 2004 with faxed signature pages (pages 15, 3, 2 and 2, respectively) as Exhibits B through E to Plaintiff's Motion for Preliminary Injunction. Please substitute the enclosed originals for the faxed pages.

      If you have any questions, please do not hesitate to contact me.

Civil Clerk's Office
January 14, 2003
Page 2

    Thank you for your kind assistance.

                                Very truly yours,

                                Alana A. Prills

Enclosures

cc:    Steven Posin  (w/encs.)  (BY REGULAR MAIL)
       John J. O'Hara  (w/encs.)  (BY REGULAR MAIL)
       Jeffrey E. Gross  (w/encs.)  (BY REGULAR MAIL)
       Jay Shepherd, Esquire  (w/encs.)  (BY REGULAR MAIL)
       Susan Grandis Brander, Esquire  (w/encs.)  (BY REGULAR MAIL)
       Victoria A. Cundiff, Esquire  (w/encs.)  (BY REGULAR MAIL)

Realistically, there was no reason to expect that USF would lose our customers' business, and certainly not so precipitously, if the Former Employee Defendants had not breached their respective agreements. We would have expected to retain and grow that business over many years and enjoy that customer goodwill we worked so hard to develop. It is impossible to currently place a precise dollar value on the business we have lost, but the accounts the Former Employees are improperly contacting have generated millions of dollars in revenue to USF. That revenue is all at risk.

46.  These acts have caused and will continue to cause USF substantial injury to our business, our customer relationships and goodwill, and to our confidential information.

47.  The most immediate injury that USF faces is the possible loss of the Kelly's Roast Beef account. Because, as a result of defendants' actions, Kelly's Roast Beef may switch to Agar as soon as February 1, 2004, USF seeks immediate relief to protect the goodwill and business that it has painstakingly created over the years and to prevent the Defendants' unlawful conduct. Defendants' imminent success in diverting Kelly's Roast Beef, however, is just one example of the ongoing risk we are facing from the ongoing violations of our rights. Therefore, USF respectfully requests that the Court grant Plaintiff's Motion for Preliminary Injunction to prevent not jut this but future diversion of business.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 9th day of January, 2004 in Boston, Massachusetts.

*Daniel Bailey*
DAVID BAILEY

*Nancy M. DeCesare*

**MY COMMISSION EXPIRES NOVEMBER 21, 2008**

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this ___9TH___ day of January, 2004 in Boston, Massachusetts.

*[signature]*
_____
MICHAEL CONTARINO

*Signed before me on the 9th day of January 2004. In the City of Everett MA, Commonwealth/Wealth of Ma. County of Middlesex*

*Nancy M. De Cesare*

-3-

MY COMMISSION EXPIRES NOVEMBER 21, 2008

6. I have also learned that Arthur Tsebetzis and Mr. Posin have met with the DOC to solicit its business on Agar's behalf.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 9th day of January, 2004 in Boston, Massachusetts.

JEFF SCHAEFER

7. I am responsible for servicing the Royal Sonesta account in my current position as Territory Manager for USF.

8. While visiting Royal Sonesta to pick up an order, I saw two former USF employees, Charles Oertel and Jack Jones, waiting to meet with the chef to solicit their business on Agar's behalf. Mr. Oertel and Mr. Jones have non-solicitation agreements with USF.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this ___9___ day of January, 2004 in Boston, Massachusetts.

_____
DEBRA ZIELINKSKI