# REECE & ASSOCIATES, P.C.

ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 747-7550
FACSIMILE (617) 747-7551
www.reece-law.com



Alana A. Prills
prills@reece-law.com

January 22, 2004

**BY MESSENGER**

Civil Clerk's Office
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:    U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
             U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

    Enclosed for filing in the above-referenced matter, please find the original signed signature page for the Declaration of Reed Newton.

    The above-referenced declaration was filed with the Court on Monday, January 12, 2004 (and served by Fedex upon defendants on Friday, January 9, 2004) with a faxed signature page (page 2) as Exhibit F to Plaintiff's Motion for Preliminary Injunction. Please substitute the enclosed original for the faxed page.

    If you have any questions, please do not hesitate to contact me.

Civil Clerk's Office
January 22, 2003
Page 2

       Thank you for your kind assistance.

                                        Very truly yours,

                                        Alana A. Prills

Enclosure

cc:    Jay Shepherd, Esquire  (w/enc.)  (BY REGULAR MAIL)
        Susan Grandis Brander, Esquire  (w/enc.)  (BY REGULAR MAIL)
        Victoria A. Cundiff, Esquire  (w/enc.)  (BY REGULAR MAIL)

-2-

5.  When I called to introduce myself to the general manager in the San Antonio office, Hanscom AFB advised me that Mr. O'Hara has called to solicit business from the Hanscom AFB account on Agar's behalf.

6.  In addition, during a visit to Hanscom AFB on January 8, 2004, I personally saw O'Hara's business card on the chef's desk at the Bedford, Massachusetts location. During this same visit, Hanscom AFB told me that O'Hara had recently been showing him meat products.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this __9th__ day of January, 2004 in Boston, Massachusetts.

_____
REED NEWTON