**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| U.S. FOODSERVICE, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 03-12603-RCL |
| ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC., | |
| Defendants. | |

**REVISED CERTIFICATE OF SERVICE**

I, ALANA A. PRILLS, hereby certify that a true and correct copy of:

1.  Plaintiff's Motion for Preliminary Injunction;

2.  [Proposed] Order on Plaintiff's Motion for Preliminary Injunction;

3.  Affidavit of David Bailey with faxed signature page;

4.  Affidavit of Michael Contarino with faxed signature page;

5.  Declaration of Jeff Schaefer with faxed signature page;

6.  Declaration of Debra Zielinski with faxed signature page;

7.  Declaration of Reed Newton with faxed signature page;

8.  Plaintiff's Memorandum in Support of Its Motion for a Preliminary Injunction;

9.  Plaintiff's Motion for Expedited Hearing and Briefing; and

10. [Proposed] Order on Plaintiff's Motion for Expedited Hearing and Briefing

was served by FedEx on the 9th day of January, 2004 upon the following:

1

Arthur Tsebetzis
66 Bridge Street
Medfield, Massachusetts  02052
**Defendant**

Steven Posin
162 Millville Street
Salem, New Hampshire  03079
**Defendant**

John J. O'Hara
18 Sunnybank Road
West Roxbury, Massachusetts  02132
**Defendant**

Jeffrey E. Gross
54 Outlook Road
Marshfield, Massachusetts  02050
**Defendant**

Agar Supply, Inc.
Myles Standish Industrial Park
225 John Hancock Road
Taunton, Massachusetts  02780
**Defendant**


I further certify that a true and correct copy of:

> 1.    [Proposed] Modified Order on Plaintiff's Motion for Preliminary Injunction

was served by U.S. mail, postage prepaid, on the 13th day of January, 2004 upon the following:

Arthur Tsebetzis
66 Bridge Street
Medfield, Massachusetts  02052
**Defendant**

Steven Posin
162 Millville Street
Salem, New Hampshire  03079
**Defendant**

John J. O'Hara
18 Sunnybank Road
West Roxbury, Massachusetts  02132
**Defendant**

Jeffrey E. Gross
54 Outlook Road
Marshfield, Massachusetts  02050
**Defendant**

Agar Supply, Inc.
Myles Standish Industrial Park
225 John Hancock Road
Taunton, Massachusetts  02780
**Defendant**

I further certify that a true and correct copy of:

1.      Original signed signature pages for the Affidavits of David Bailey
        and Michael Contarino and the Declarations of Jeff Schaefer and
        Debra Zielinski

was served by U.S. mail, postage prepaid, on the 14th day of January, 2004 upon the
following:

Steven Posin
162 Millville Street
Salem, New Hampshire  03079
**Defendant**

John J. O'Hara
18 Sunnybank Road
West Roxbury, Massachusetts  02132
**Defendant**

Jeffrey E. Gross
54 Outlook Road
Marshfield, Massachusetts  02050
**Defendant**

Jay Shepherd, Esquire
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, Massachusetts  02110
**Counsel for Defendants Arthur Tsebetzis, Steven Posin, John
J. O'Hara and Jeffrey E. Gross**

3

Susan Grandis Brander, Esquire
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, Massachusetts 02110
**Counsel for Defendant Agar Supply, Inc.**

I further certify that a true and correct copy of:

1.        Original signed signature page for the Declaration of Reed Newton

was served by FedEx on the 22nd day of January, 2004 upon the following:

Jay Shepherd, Esquire
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, Massachusetts 02110
**Counsel for Defendants Arthur Tsebetzis, Steven Posin, John**
**J. O'Hara and Jeffrey E. Gross**

Susan Grandis Brander, Esquire
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, Massachusetts 02110
**Counsel for Defendant Agar Supply, Inc.**

Alana A. Prills

4