UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC.,<br>Plaintiff,<br><br>v.<br><br>ARTHUR TSEBETZIS, et al.,<br>Defendants | CIVIL ACTION No. 03-12503-RCL |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the enclosed Answer of Defendant Agar Supply Co., Inc. to be served upon Jay Shepherd, Esquire, Shepherd Law Group, 99 Summer Street, Suite 910, Boston, Massachusetts 02110 as he is the attorney for defendants, Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross, and upon Laurence H. Reece III, Esquire, Reece & Associates P.C., One Bowdoin Square, Boston, Massachusetts 02114, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, as they are counsel of record for Plaintiff U.S. Foodservice, Inc., by first class mail, postage prepaid on this 23rd day of January, 2004.

Susan Grandis Brander, Esquire
BBO #206870
Richard E. Gentilli, Esquire
BBO #189080
Thomas M. Looney, Esquire
BBO #555040
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, Massachusetts 02110
(617) 422-0200