UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC., <br> Plaintiff, <br><br> v. <br><br> ARTHUR TSEBETZIS, et al., <br> Defendants | CIVIL ACTION No. 03-12503-RCL |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction to be served by overnight delivery upon counsel of record for defendants Arthur Tsebetzis, Steven Posin, John J. O'Hara, and Jeffrey E. Gross, Jay Shepherd, Esquire, at Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, MA 02110, and upon counsel of record for Plaintiff U.S. Foodservice, Inc., Laurence H. Reece III, Esquire, at Reece & Associates P.C., One Bowdoin Square, Boston, MA 02114, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, 10022, on this 3d day of February 2004.

Susan Grandis Brander
BBO #206870
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
617/422-0200