# REECE & ASSOCIATES, P.C.

ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 747-7550
FACSIMILE (617) 747-7551
www.reece-law.com

Alana A. Prills
prills@reece-law.com

February 4, 2004

**BY MESSENGER**

Civil Clerk's Office
United States District Court
 for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    Re:   U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
           U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

Enclosed for filing in the above-referenced matter, please find the following letters between the parties memorializing the standstill agreement as instructed by Judge Lindsay at the January 21, 2004 scheduling conference:

1. Letter from Lurleen Manning, counsel for the individually named defendants, dated January 22, 2004; and

2. Letter from Victoria A. Cundiff, counsel for plaintiff U.S. Foodservice, Inc., dated January 30, 2004.

In addition, I have also enclosed for filing a Certificate of Service.

If you have any questions, please do not hesitate to contact me.

Civil Clerk's Office
February 4, 2004
Page 2

      Thank you for your kind assistance.

                                              Very truly yours,

                                              Alana A. Prills

Enclosures

cc:    Jay Shepherd, Esquire  (w/encs.)  (BY MESSENGER)
        Susan Grandis Brander, Esquire  (w/encs.)  (BY MESSENGER)
        Victoria A. Cundiff, Esquire  (w/encs.)  (BY REGULAR MAIL)