

**SHEPHERD LAW GROUP, P.C.**
Trade Secret & Noncompete Litigation

99 Summer Street • Suite 910
Boston, Massachusetts 02110-1248
phone 617.439.4200 • fax 617.439.4207
www.sheplawgroup.com

January 22, 2004

RECEIVED
JAN 26 2004
AAP

*by fax and first-class mail*

Alana A. Prills, Esq.
Reece and Associates, P.C.
One Bowdoin Square
Boston, MA 02114

Re:   *U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.*
      Civil Action No. 03-12603-RCL

Dear Ms. Prills:

Following Judge Lindsay's instructions, the parties have agreed to a hearing date of March 1, 2004, for Plaintiff's motion for preliminary injunction. The parties also agree that the Defendants' opposition to the motion for preliminary injunction will be filed on February 3, 2004. Furthermore, without waiving Defendants' arguments that the agreements are unenforceable, the parties agree that from now until March 1, 2004, John O'Hara, Arthur Tsebetzis, and Jeffrey E. Gross will abide by the terms of their individual nonsolicitation and nondisclosure agreements with U.S. Foodservices, Inc. While Steven Posin's nonsolicitation provisions have expired under the terms of his agreement, Mr. Posin agrees that he will not assist any of the above individuals in violating the terms of their nonsolicitation agreements with U.S. Foodservices, Inc., nor will he use any of U.S. Foodservice's confidential business information.

If this does not comport with your understanding of the standstill agreement please call me immediately.

Very truly yours,

Lurleen Manning

cc:   Arthur Tsebetzis
      John O'Hara
      Jeffrey Gross
      Steven Posin
      Susan Grandis Brander, Esq.
      Victoria A. Cundiff, Esq.