**Paul Hastings**

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street, New York, New York 10022-3205
telephone 212-318-6000 / facsimile 212-319-4090 / Internet www.paulhastings.com

RECEIVED
FEB 0 4 2004
AAP

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(212) 318-6030
victoriacundiff@paulhastings.com

January 30, 2004

31893.00042

**VIA FACSIMILE**

Lurleen Manning
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110

Dear Ms. Manning:

I am writing to follow-up on your letter dated January 22, 2004, regarding the standstill agreement. As a clarification, please note that the Agreements signed by Arthur Tsebetzis, John J. O'Hara, and Jeffrey Gross prohibit them from both directly and indirectly soliciting customers or recruiting former USF employees. Thus, in addition to Steven Posin, Arthur Tsebetzis, John J. O'Hara, and Jeffrey Gross will agree that they will not assist each other or any other former USF employee in violating the terms of their non-solicitation, non-recruitment, and non-disclosure agreements with USF.

We will file both letters with the Court to memorialize this standstill agreement.

Sincerely,

Victoria A. Cundiff
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc: Susan Grandis Brander, Esq.
Alana A. Prills, Esq.