UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.,

    Plaintiff,

v.

ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC.,

    Defendants.

Civil Action No. 03-12603-RCL

## CERTIFICATE OF SERVICE

I, ALANA A. PRILLS, hereby certify that a true and correct copy of the letter and accompanying enclosures sent to the Civil Clerk's Office for the United States District Court for the District of Massachusetts for filing on this date to memorialize the standstill agreement between counsel was served by hand on this 4th day of February, 2004 upon the following:

    Jay Shepherd, Esquire
    Shepherd Law Group, P.C.
    99 Summer Street, Suite 910
    Boston, Massachusetts 02110
    **Counsel for Defendants Arthur Tsebetzis, Steven Posin, John J. O'Hara and Jeffrey E. Gross**

    Susan Grandis Brander, Esquire
    Bartlett Hackett Feinberg P.C.
    10 High Street, Suite 920
    Boston, Massachusetts 02110
    **Counsel for Defendant Agar Supply, Inc.**

    _/s/ Alana Prills_
    Alana A. Prills

1