UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.
    Plaintiff

V.                           CIVIL NO. 03-12603 RCL

ARTHUR TSEBETZIS, ET ALS.
    Defendant

### NOTICE OF HEARING

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case, previously scheduled before Lindsay, D.J., has been re-scheduled for a **hearing** on plaintiff's motion "*For Preliminary Injunction*" (docket #9) at **11:30 a.m. on Monday, March 1, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

By the Court:

February 18, 2004            /S/ Rex Brown
Date                         (617) 748-9238

Notice to:    Alana A. Prills, Esq.
                *Via electronic filing*
                Danielle M. White, Esq.
                *Via electronic filing*
                Laurence H. Reece, III, Esq.
                *Via electronic filing*
                Rebecca Kelder Myers, Esq.
                *Via facsimile transmission*
                **(212) 319-4090**
                Victoria A. Cundiff
                *Via facsimile transmission*
                **(212) 319-4090**
                Jay Shepherd, Esq.

*Via electronic filing*
Lurleen A. Manning, Esq.
*Via electronic filing*
Richard E. Gentilli, Esq.
*Via electronic filing*
Susan G. Brander, Esq.
*Via facsimile transmission*
**(617) 896-6284**
Thomas M. Looney, Esq.
*Via electronic filing*