UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.,

    Plaintiff,

v.

ARTHUR TSEBETZIS, STEVEN POSIN,
JOHN J. O'HARA, JEFFREY E. GROSS, and
AGAR SUPPLY, INC.,

    Defendants.

Civil Action No. 03-12603-RCL

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY PAPERS

Pursuant to Local Rule 7.1(b)(3), Plaintiff U.S. Foodservice, Inc. ("USF") respectfully moves this Court to enter an order granting it leave to file short reply papers in response to Defendants' opposition to its motion for a preliminary. A copy of USF's Reply Memorandum In Support of Plaintiff's Motion for Preliminary Injunction is attached as Exhibit A. In support thereof, USF states that Defendants' opposition raised a variety of factual points -- including assertions about the impact of certain alleged accounting irregularities on plaintiff's ability to pursue its claims; assertions about the individual defendants' alleged entitlements to certain bonuses; and assertions that one defendant (Jeffrey Gross) had in fact violated a non-solicitation agreement with a prior employer when he joined USF and thus should be excused from honoring the one at issue -- that USF had not placed in issue and hence did not anticipate or raise in its opening papers. Defendants' account of these new issues is not correct and must be rebutted in order that the Court have a complete and accurate record before it. In addition,

Defendants have made certain other factual statements in opposition to the motion that plaintiff can and needs to rebut.

At a scheduling conference with Judge Lindsay before defendants had served their opposition, the Court stated that it was not inclined to receive reply papers. At that time, however, it was not apparent that Defendants would attempt to broaden the issues before the Court so widely. In order that the Court may be fully and accurately informed as to the events that have now been placed at issue, a brief reply is warranted.

## CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for USF certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issue. Victoria A. Cundiff, counsel for USF, spoke by telephone with Mr. Jay Shepherd, counsel for the individual defendants on February 10, 2004 to explain why a reply was necessary and to propose that Defendants submit a sur-reply if they desired. After conferring with counsel for Defendant Agar, Mr. Shepherd advised that Defendants would not consent.

-3-

Dated: February 19, 2004

                    U.S. FOODSERVICE, INC.

                    By its attorneys,

                    */s/ Alana Prills*
                    Laurence H. Reece, III
                    BBO# 414460
                    Alana A. Prills
                    BBO# 652881
                    REECE & ASSOCIATES, P.C.
                    One Bowdoin Square
                    Boston, Massachusetts 02114
                    (617) 747-7550

OF COUNSEL:

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
PAUL HASTINGS JANOFSKY & WALKER LLP
75 E. 55th Street
New York, New York 10022
(212) 318-6000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of:

1. Plaintiff's Motion For Leave to File Reply Papers;

2. Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Preliminary Injunction;

3. Reply Declaration of David Bailey with faxed signature page;

4. Reply Declaration of Tom McGettigan with faxed signature page;

5. Reply Declaration of Chris Daly with faxed signature page;

6. Reply Declaration of Michael Contarino with faxed signature page; and

7. Reply Declaration of Steven Cifrino with faxed signature page.

to be served by hand upon Jay Shepherd, Esquire, Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, Massachusetts 02110 and Susan Grandis Brander, Esquire, Bartlett Hackett Feinberg P.C., 10 High Street, Suite 920, Boston, Massachusetts 02110, and by U.S. mail, postage prepaid, upon Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 19 day of February 2004.

*Alana Prills*
Alana A. Prills