UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS, and AGAR SUPPLY, INC., <br><br> Defendants. | Civil Action No. 03-12603-RCL |

**PLAINTIFF'S MOTION FOR EXPEDITED BRIEFING**

Plaintiff U.S. Foodservice, Inc. ("USF") respectfully moves this Court to enter an order for expedited briefing on Plaintiff's Motion For Leave to File Reply Papers in the form attached hereto as Exhibit A. In support of this motion, Plaintiff states as follows:

1. USF filed a Motion For Preliminary Injunction requesting that this Court issue a preliminary injunction to prevent the irreparable harm that will result unless the Former Employee Defendants and Agar are prevented from engaging in further illegal conduct.

2. Defendants filed a joint opposition to USF's motion for injunctive relief, which raised a variety of new factual points that are incorrect and must be rebutted. USF had not placed these facts in issue and hence did not anticipate or raise them in its opening papers. Permitting USF to file reply papers will ensure that the Court has a complete and accurate record before it and will be fully informed.

3. A hearing on USF's motion for injunctive relief is scheduled for March 1, 2003 at 11:30 a.m. before Magistrate Judge Joyce London Alexander.

-2-

4.  To ensure that the briefing is complete before the March 1, 2004 hearing, USF respectfully requests that this Court order Defendants to respond on or before February 26, 2004. USF further requests that this Court issue an order permitting USF to file its reply papers on or before March 1, 2004 so that the Court may have a complete and accurate record before it.

WHEREFORE, for the foregoing reasons, USF respectfully requests that the Court order that the briefing on Plaintiff's Motion For Leave To File Reply Papers be completed on or before February 26, 2004, and that this Court permit USF to file its reply papers on or before March 1, 2004.

Dated: February 19, 2004

                    U.S. FOODSERVICE, INC.

                    By its attorneys,

                    */s/ Alana Prills*
                    Laurence H. Reece, III
                    BBO# 414460
                    Alana A. Prills
                    BBO# 652881
                    REECE & ASSOCIATES, P.C.
                    One Bowdoin Square
                    Boston, Massachusetts 02114
                    (617) 747-7550

OF COUNSEL:

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
PAUL HASTINGS JANOFSKY & WALKER LLP
75 E. 55th Street
New York, New York 10022
(212) 318-6000

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of this document to be served by hand upon Jay Shepherd, Esquire, Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, Massachusetts 02110 and Susan Grandis Brander, Esquire, Bartlett Hackett Feinberg P.C., 10 High Street, Suite 920, Boston, Massachusetts 02110, and by U.S. mail, postage prepaid, upon Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 19 day of February 2004.

                                                                              *Alana Prills*
                                                                              Alana A. Prills