UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS and AGAR SUPPLY, INC., <br><br> Defendants. | Civil Action No. 03-12603-RCL |

**ASSENTED-TO MOTION OF PLAINTIFF U.S. FOODSERVICE, INC. TO ENLARGE TIME TO RESPOND TO COUNTERCLAIMS OF DEFENDANTS ARTHUR TSEBETZIS AND JOHN J. O'HARA**

Pursuant to Fed. R. Civ. P. 6(b), plaintiff U.S. Foodservice, Inc. ("USF") moves to enlarge the time within which it may answer, move or otherwise respond to the Counterclaims of defendants Arthur Tsebetzis ("Tsebetzis") and John J. O'Hara ("O'Hara") to and including February 26, 2004. In support of its motion, plaintiff USF states that: (1) it requires additional time to prepare its responses to the Counterclaims of defendants Tsebetzis and O'Hara; and (2) this motion has been assented-to by defendants Tsebetzis and O'Hara.

**Rule 7.1 Certificate**

Pursuant to Local Rule 7.1(A)(2), Alana A. Prills, counsel for plaintiff USF, hereby certifies that she has conferred with Jay Shepherd, counsel for defendants

1

Tsebetzis and O'Hara, and that Mr. Shepherd has indicated his assent to this motion.

U.S. FOODSERVICE, INC.

By its attorneys,

*Alana Prills* (signature)

Laurence H. Reece, III
BBO #414460
Alana A. Prills
BBO #652881
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts 02114
(617) 747-7550

OF COUNSEL

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
Paul Hastings Janofsky Walker LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

ASSENTED-TO:

ARTHUR TSEBETZIS
and JOHN J. O'HARA

By their attorneys,

*Jay Shepherd / By agreement AAP* (signature)

Jay Shepherd
BBO #567844
Lurleen A. Manning
BBO #655109
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, Massachusetts 02110
(617) 439-4200

Dated: February 19, 2004.

2

## Certificate of Service

    I hereby certify that I have caused a copy of this document to be served by hand upon Jay Shepherd, Esquire, Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, Massachusetts 02110 and Susan Grandis Brander, Esquire, Bartlett Hackett Feinberg P.C., 10 High Street, Suite 920, Boston, Massachusetts 02110, and by U.S. mail, postage prepaid, upon Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this 19 day of February 2004.

*Alana Prills*
Alana A. Prills