UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **U.S. Foodservice, Inc.,**<br>　　*Plaintiff,*<br><br>v.<br><br>**Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross, and Agar Supply, Inc.,**<br>　　*Defendants.* | Civil Action No. 03-12603-RCL |

### JOINT OPPOSITION OF DEFENDANTS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY PAPERS

The Defendants hereby jointly oppose the Plaintiff's Motion for Leave to File Reply Papers and related Motion for Expedited Briefing on grounds that this request was previously denied by Judge Lindsay at the scheduling conference held before Judge Lindsay on January 21, 2004.

Specifically at said scheduling conference, counsel for the Plaintiff specifically asked for permission to file reply pleadings in response to Defendants' submissions. Judge Lindsay offered counsel for Plaintiff a choice: the Plaintiff could either file reply pleadings or waive oral argument. In response to these alternatives, the Plaintiff opted to have oral argument.

Apparently the Plaintiff now wishes to induce this Court to overrule Judge Lindsay's prior decision by filing the instant motions. This should not be permitted by this Court, which should deny the Plaintiff's motion for leave.

Moreover, contrary to the Plaintiff's claims, no new arguments were raised in Defendants' submissions. These very arguments were summarized for Judge Lindsay at the scheduling conference. It was in specific response to Defendants' allegations of accounting fraud, lack of consideration, etc. that the Plaintiff made its oral request for leave to file reply

pleadings, which Judge Lindsay denied. There has therefore been no change of circumstances justifying revisiting Judge Lindsay's previous ruling.

Finally, the Defendants question the Plaintiff's delay in bringing its motion. The Plaintiff waited nearly two and one half weeks since the filing of Defendant's pleadings to assert its request. It did so at a time when Defendants would only have a few days to respond if the request to file additional papers were to be allowed. Because the timing prejudices the Defendants, the Court should deny the motion for leave.

Respectfully submitted,

**Agar Supply, Inc.**

By its attorneys,

*Richard Gentilli (fm.)*
Susan Grandis Brander (BBO# 206870)
Richard E. Gentilli (BBO# 189080)
Thomas M. Looney (BBO# 555040)
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
Telephone: 617.422.0200
Facsimile: 617.422.0383

and **Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross,**

By their attorneys,

Jay Shepherd (BBO# 567844)
Lurleen A. Manning (BBO# 655109)
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110-1248
Telephone: 617.439.4200
Facsimile: 617.439.4207

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 2/23/04

Dated February 23, 2004