**Bartlett Hackett Feinberg P.C.**

10 High St. Suite 920
Boston, MA 02110
Tel:(617)422-0200
Fax:(617)422-0383

February 27, 2004

**Hand Delivery**

Civil Clerk's Office
United States District Court
for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

    RE:    U.S. Foodservice, Inc. v. Arthur Tsebetzis, et al.
             U.S. District Court, D. Mass., Civil Action No. 03-12603-RCL

Dear Sir or Madam:

Enclosed you will find, for insertion in the above-captioned Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, original signature page for inclusion in Exhibit J and original signature page for inclusion in Exhibit O.

If you have any questions regarding this matter, please contact Attorney Susan Grandis Brander at the above-listed telephone number. Thank you.

Sincerely,

Carole Chighisola
Legal Assistant to Susan Grandis Brander

CAC/c
Enclosures