UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. Foodservice, Inc.,
*Plaintiff,*

v.

Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross, and Agar Supply, Inc.,
*Defendants.*

Civil Action No. 03-12603-RCL

### Affidavit of Ted Cordin

I, Ted Cordin, state the following upon oath of my own personal knowledge:

1. I am a former USF employee. I was employed as a Vice President in the Boston-Everett Division. My immediate supervisor was Arthur Tsebetzis, who was the Division President.

2. I left USF in or around August 2003.

3. I am currently working for Perkins, which is not a direct competitor of USF.

4. In late 2002, I was present for a conference call meeting between USF upper management, including Jim Sutton, Dave Bailey, Tim Lee, and Dave Ickes, and senior staff members of the Boston-Everett Division. Among the senior staff present for that meeting was myself, Arthur Tsebetzis, Nancy DeCesare, Tom Denio, and Paul Sullivan.

5. The purpose of the conference call was to deal with USF's overstocked inventory. USF had purchased a large inventory of certain vendor products to receive a sizable rebate from those vendors. But business slowed and the products were not moving quickly enough.

1

6. At this meeting, USF upper management told us that because of the slow in business we were unlikely to receive a bonus that year. But if we sold a specific number of inventory products we would receive a percentage of our bonus. My bonus was set at 50% of my base salary. The percentage of our bonus we could collect became tied to a sliding scale depending on the exact number of inventory products our office sold by the end of that year. If we maximized our sales pertaining to the products we currently had overstocked in inventory we were guaranteed to receive 60% of our bonus.

7. In reliance on that promise my office (Boston-Everett) made a concerted effort to increase sales of the particular products we had in inventory.

8. Our considerable efforts paid off and my office, which included among others, myself and Arthur Tsebetzis, hit our goal.

9. To date, I have not received any of the money that is owed me from USF.

Signed this 31 day of January, 2004 under the pains and penalties of perjury.

*Ted Cordin*

Ted Cordin

2