UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **U.S. Foodservice, Inc.,**<br>*Plaintiff,*<br><br>v.<br><br>**Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross, and Agar Supply, Inc.,**<br>*Defendants.* | Civil Action No. 03-12603-RCL |

# Affidavit of Matthew Goffredo

I, Matthew Goffredo, state the following upon oath of my own personal knowledge:

1. I was formerly employed by USF employee as Vice President of Sales in one of our Connecticut offices.

2. My employment with USF was terminated on December 4, 2003.

3. USF was involved in a number of unethical business practices while I was employed there. USF had created numerous schemes to defraud its customers and vendors (and in the process shortchange its salesmen) including the following:

- Customers were billed on a "cost-plus" basis through use of fictitious and controlled "middlemen" (e.g., SMS, SSI, CMS, Frozen Farms and other entities) which fraudulently increased the cost of goods sold and correspondingly increased USF's profit.

- Customers were billed on a "cost-plus" basis through use of fictitious and controlled freight companies (e.g., Transport) so as to charge customers for freight even when items were delivered directly by USF.

1

- Similarly, if freight actually cost a certain amount, USF would tell the customer if cost more and pocket the difference. (e.g. if freight costs $2.40, USF would charge the customer $3.20 and pocket the difference).

- Vendor receivables were intentionally "forced-off" the books, allowing USF to avoid paying vendors for product received.

- USF engaged in intentional "washing" (i.e., removal) of customer credits from their invoices to avoid having to honor them.

- USF took unearned payment discounts from vendors without the vendors consent or even knowledge.

- USF instituted what it called a "Puffing Program" in which USF inflated the volume of sales made so as to obtain additional per item or target discounts from vendors, even though not earned. (This particular scheme apparently was built right into USF's computer payable and receivable accounting program so it could be implemented automatically.)

4. It was a common practice at USF to hire employees from competitors and to encourage those employees to solicit their former customers, regardless of whether they had a nonsolicitation or noncompetition agreement that prevented them from doing so. Dave Bailey specifically encouraged this practice.

Signed this 23 day of February, 2004 under the pains and penalties of perjury

Matthew Goffredo

2