UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 MAY 28  P 4: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| U.S. FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS, and AGAR SUPPLY, INC., <br><br> Defendants. | Civil Action No. 03-12603-RCL |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), Laurence H. Reece, III, Alana A. Prills and the law firm of Reece & Associates, P.C. (collectively "Reece & Associates") request leave of Court to withdraw their appearance as counsel for plaintiff U.S. Foodservice, Inc. ("USF"). In support of this motion, the undersigned counsel states as follows:

1. This motion is made necessary due to medical reasons.

2. USF has been advised of Reece & Associates' need to withdraw from this case.

3. USF has retained successor counsel, Anne L. Josephson, a member of the bars of the United States District Court for the District of Massachusetts and the Commonwealth of Massachusetts and of the law firm Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114. Ms. Josephson filed a Notice of Appearance in this action on May 28, 2004.

4. One motion, Plaintiff's Motion for Preliminary Injunction, is currently pending before the Court.

5. No trial date has been set.

6. No hearings or conferences are scheduled, and no reports, oral or written, are due.

7. Reece & Associates will cooperate fully with Ms. Josephson and USF to ensure a smooth transition.

8. Defendants do not oppose this motion.

9. Allowance of this motion will not result in any prejudice to any party.

WHEREFORE, Laurence H. Reece, III, Alana A. Prills and Reece & Associates, P.C. request that the Court grant them leave to withdraw as counsel for USF in this action.

## Rule 7.1 Certificate

Pursuant to Local Rule 7.1(A)(2), counsel for USF hereby certifies that she has conferred with Lurleen Manning, counsel for the individually named defendants, and Susan Grandis Brander, counsel for defendant Agar Supply, Inc. Counsel have indicated that this motion will not be opposed.

Respectfully submitted,

*Alana Prills*

Laurence H. Reece, III
BBO #414460
Alana A. Prills
BBO #652881
Reece & Associates, P.C.
One Bowdoin Square
Boston, Massachusetts 02114
(617) 747-7550

Dated: May 28, 2004.

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused a copy of this document to be served by U.S. mail, postage prepaid, upon Jay Shepherd, Esquire, Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, Massachusetts 02110, Susan Grandis Brander, Esquire, Bartlett Hackett Feinberg P.C., 10 High Street, Suite 920, Boston, Massachusetts 02110, U.S. Foodservice, Inc., 201 Beacham Street, Everett, Massachusetts 02149, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, and by hand upon Anne L. Josephson, Esquire, Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114, on this 28 day of May 2004.

                                                        */s/ Alana Prills*
                                                        Alana A. Prills