UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 28  P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S. FOODSERVICE, INC.,

    Plaintiff,

v.

ARTHUR TSEBETZIS, STEVEN POSIN,
JOHN J. O'HARA, JEFFREY E. GROSS, and
AGAR SUPPLY, INC.,

    Defendants.

Civil Action No. 03-12603-RCL

## NOTICE OF APPEARANCE

Please enter the appearance of Anne L. Josephson, of the law firm Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114, as counsel for plaintiff U.S. Foodservice, Inc. in the above-captioned case.

U.S. FOODSERVICE, INC.

By its attorneys,

*Anne L. Josephson*
Anne L. Josephson
BBO# 254680
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, Massachusetts 02114
(617) 227-7031

-2-

OF COUNSEL:

Victoria A. Cundiff
Rebecca Kelder Myers
Danielle M. White
Paul Hastings Janofsky & Walker LLP
75 E. 55th Street
New York, New York 10022
(212) 318-6000

Dated: May 28, 2004.

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a copy of this document to be served by U.S. mail, postage prepaid, upon Jay Shepherd, Esquire, Shepherd Law Group, P.C., 99 Summer Street, Suite 910, Boston, Massachusetts 02110, Susan Grandis Brander, Esquire, Bartlett Hackett Feinberg P.C., 10 High Street, Suite 920, Boston, Massachusetts 02110, U.S. Foodservice, Inc., 201 Beacham Street, Everett, Massachusetts 02149, and Victoria A. Cundiff, Esquire, Paul, Hastings, Janofsky & Walker LLP, 75 East 55th Street, New York, New York 10022, on this __ day of May 2004.

_____
Anne L. Josephson