08/11/2004  10:17   617-880-5101                          AGAR SUPPLY CO INC                    PAGE   02
    08/11/04  WED 09:53  FAX 617 422 0385       BARTLETT HACKETTFEINBERG                        ☑002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC., )<br>Plaintiff, )<br> )<br>v. )     CIVIL ACTION No. 03-12603-RCL<br> )<br>ARTHUR TSEBETZIS, et al., )<br>Defendants )<br> ) | |

**CERTIFICATION OF DEFENDANT AGAR SUPPLY, INC. AND COUNSEL
TO THE SAID DEFENDANT REGARDING CONFERENCE**

The undersigned Defendant, Agar Supply Inc., and Defendant's counsel Susan Grandis Brander of Bartlett Hackett Feinberg P.C. hereby certify that they have conferred with respect to the following matters:

1) Establishing a budget for the costs of conducting the full course and various alternative courses of the litigation contemplated by this action; and

2) Considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Defendant, Agar Supply, Inc.,
By:

_____
Michael Brosnan, COO
Agar Supply Co., Inc.

Counsel for Agar Supply, Inc.,

_____
Susan Grandis Brander
BBO #206870

_____
Richard E. Gentilli
BBO #189080
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
617/422-0200