**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| U.S. FOODSERVICE, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS, AND AGAR SUPPLY, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 1:03-Cv-12603<br>(Lindsay, J.) |

**PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATE**

Pursuant to Rule 16.1(D)(3) of the Local Rules of this Court, Plaintiff U.S. Foodservice, Inc. and its counsel hereby state that they have conferred (a) to review the expected costs of conducting the full course and various alternative courses of the litigation with a view toward establishing a budget for same, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| U.S. FOODSERVICE, INC. | U.S. FOODSERVICE, INC. |
| By its attorneys, | By: |
| /s/ Danielle M. White | /s/ Daniel Feldman |
| Victoria A. Cundiff | Daniel Feldman |
| Rebecca Kelder Myers | Assistant General Counsel |
| Danielle M. White | U.S. FOODSERVICE, INC. |
| PAUL HASTINGS JANOFSKY & WALKER LLP | 9755 Patuxent Woods Drive |
| 75 E. 55th Street | Columbia, Maryland 21046 |
| New York, New York 10022 | (410) 309-7310 |
| (212) 318-6000 | |

Anne L. Josephson
BBO# 265640
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
(617) 227-7031