UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. Foodservice, Inc.,
    *Plaintiff,*

v.

Arthur Tsebetzis, Steven Posin, John J. O'Hara, Jeffrey E. Gross, and Agar Supply, Inc.,
    *Defendants.*

Civil Action No. 03-12603-RCL

## Certification of Conference Under Local Rule 16.1(D)(3)

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of this litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Arthur Tsebetzis

Jay Shepherd (BBO# 567844)
Lurleen Manning (BBO# 665109)
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110-1248
Telephone: 617.439.4200
Facsimile: 617.439.4207

Dated 8/6/04

Dated 8/11/04