UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ARTHUR TSEBETZIS, STEVEN POSIN,<br>JOHN J. O'HARA, JEFFREY E. GROSS, and<br>AGAR SUPPLY, INC.,<br><br>        Defendants. | Civil Action No. 03-12603-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Marie F. Mercier, of the law firm Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, Massachusetts 02114, as counsel for plaintiff U.S. Foodservice, Inc. in the above-captioned matter.

                              U.S. FOODSERVICE, INC.

                              By its attorneys,

                              Marie F. Mercier
                              BBO# 343150
                              Kotin, Crabtree & Strong, LLP
                              One Bowdoin Square
                              Boston, Massachusetts 02114
                              (617) 227-7031