# KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
RICHARD F. HOWARD
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY

*ALSO ADMITTED IN NH

TELEPHONE (617) 227-7031

FACSIMILE (617) 367-2988

EMAIL KCS@KCSLEGAL.COM

WWW.KCSLEGAL.COM

OF COUNSEL
DANIEL T.S. HEFFERNAN

AMY H. WEINSTEIN
LAUREL H. SIEGEL
SHERRY L. RUSCHIONI
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

December 8, 2004

Don Stanhope, Docket Clerk
Office of the Clerk
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: U.S. Foodservice, Inc. v. Arthur Tsebetzis et al.
Civil Action No.: 03-12603-RCL

Dear Don:

This letter is to confirm our conversation today that the parties in the above referenced action have reached a settlement. The parties will be filing a Stipulation of Dismissal once the settlement has been finalized.

Thank you for your assistance in this matter.

Sincerely,

Marie F. Mercier, Esq.

MFM:mek
cc: Danielle White, Esq.
    Susan Grandis Brander, Esq.
    Jay Shepherd, Esq.