UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. FOODSERVICE, INC.,

    Plaintiff,

v.

ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS, and AGAR SUPPLY, INC.,

    Defendants.

Civil Action No. 1:03-cv-12603 (Lindsay, J.)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and for defendants that any and all claims and counterclaims asserted in this action shall be and hereby are dismissed with prejudice, without costs to any party.

| | |
|---|---|
| PAUL HASTINGS JANOFSKY & WALKER LLP | BARTLETT HACKETT FEINBERG P.C. |
| By /s/ Danielle M. White<br>    Victoria A. Cundiff<br>    Danielle M. White<br>75 East 55th Street<br>New York, NY 10022 | By /s/ Susan Grandis Brander<br>    Susan Grandis Brander<br>10 High Street, Suite 920<br>Boston, Massachusetts 02110<br><br>SHEPHERD LAW GROUP, P.C.<br><br>By /s/ Jay Shepherd<br>    Jay Shepherd<br>99 Summer Street, Suite 910<br>Boston, Massachusetts 02110-1248 |

NY55/428570.1

SO ORDERED.


Dated: _____, 2005        _____
                                                                Reginald Lindsay, J.