# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| U.S. FOODSERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR TSEBETZIS, STEVEN POSIN, JOHN J. O'HARA, JEFFREY E. GROSS, and AGAR SUPPLY, INC.,<br><br>Defendants. | Civil Action No. 1:03-cv-12603<br>(Lindsay, J.) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff and for defendants that any and all claims and counterclaims asserted in this action shall be and hereby are dismissed with prejudice, without costs to any party.

PAUL HASTINGS JANOFSKY & WALKER LLP

By /s/ Danielle M. White
   Victoria A. Cundiff
   Danielle M. White
75 East 55th Street
New York, NY 10022

BARTLETT HACKETT FEINBERG P.C.

By /s/ Susan Grandis Brander
   Susan Grandis Brander
10 High Street, Suite 920
Boston, Massachusetts 02110

SHEPHERD LAW GROUP, P.C.

By /s/ Jay Shepherd
   Jay Shepherd
99 Summer Street, Suite 910
Boston, Massachusetts 02110-1248

NY55/428570.1



SO ORDERED.

Dated: Feb 24, 2005

_____
Reginald Lindsay, J.

NY55/428570.1